**Order entered February 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00247-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**ROSS BURNETT, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 1
Dallas County, Texas
Trial Court Cause No. MC12-B7509**

## ORDER

The Court has received the State's notice of appeal from the trial court's order granting appellee the relief sought by his application for writ of habeas corpus. This is an accelerated appeal pursuant to Texas Rule of Appellate Procedure 31.

We **ORDER** the Dallas County Clerk to file the clerk's record by **MARCH 15, 2013**.

The State's brief is due by **APRIL 1, 2013**. Appellee's brief is due by **APRIL 17, 2013**.

The appeal will be submitted without oral argument on **June 7, 2013** to a panel consisting of Justices O'Neill, Francis, and Fillmore.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Dallas County Clerk and to counsel for all parties.

/s/     CAROLYN WRIGHT
       CHIEF JUSTICE